IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STACY L. DANLEY, II, and ) | |
| STEPHANIE L. DANLEY, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| STACY L. DANLEY, II, and ) | |
| STEPHANIE L. DANLEY, ) | |
| ) | |
| Appellants, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:16cv721-MHT |
| ) | (WO) |
| LIBERTY BANK & TRUST COMPANY, ) | |
| f/k/a First Tuskegee Bank, ) | |
| ) | |
| Appellee. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Appellee's motion to dismiss appeal for lack of jurisdiction (doc. no. 12) is granted.

(2) This appeal is dismissed with prejudice.

It is further ORDERED that costs are taxed against

the appellants, for which execution may issue.

The clerk of the court is DIRECTED to furnish a copy of this order to the bankruptcy court.

This case is closed.

DONE, this the 3rd day of May, 2017.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE